No. 10–7626.  BOWIE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–7630.  GIANNINI *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–7636.  SANCHEZ-GUZMAN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–7638.  MCGEE *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 10–7640.  ANGULO-LOPEZ *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 10–7642.  MARTINEZ-PEREZ *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 10–7643.  ANGULO-LOPEZ *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 10–7644.  ESPARZA-CRUZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–7645.  EVANS-MARTINEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–7649.  NEWTON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–7651.  RODRIGUEZ *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–7655.  JOHNSON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–7657.  JACKSON *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 10–7659.  PAYTON *v.* DEPARTMENT OF HOMELAND SECURITY.  C. A. Fed. Cir.  Certiorari denied.

No. 10–7660.  PEREZ *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–7661.  MALCOLM *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.